IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00772-RPM-BNB

DANA BALDUKAS,

Plaintiff,

v.

36k, LLC,

Defendant.

_____

## ORDER

_____

This matter arises on the defendant's **Motion To Quash Service of Process** [Doc. # 11, filed 6/24/2012] (the "Motion"). The plaintiff has responded to the Motion, stating that she "does not object to Defendant's motion and will attempt to re-serve Defendant with the Summons and Complaint." Response [Doc. # 18] at ¶6. In addition, the plaintiff has filed a supplemental Affidavit of Service indicating that the defendant was re-served on July 18, 2012. Affidavit of Service [Doc. # 20].

IT IS ORDERED:

(1)     The Motion [Doc. # 11] is GRANTED. The service on June 5, 2012, evidenced by the Affidavit of Service [Doc. # 9] is QUASHED; and

(2)     The hearing on the Motion set for July 31, 2012, at 1:30 p.m., is VACATED.

Dated July 25, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge