IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00772-RPM-BNB

DANA BALDUKAS,

Plaintiff,

v.

36k, LLC,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED;

(1)  **Plaintiff's Motion to Vacate the August 10, 2012 Scheduling Conference and Continue for 30 Days** [Doc. # 22, filed 8/3/2012] is GRANTED;

(2)  The scheduling conference set for August 10, 2012, at 8:30 a.m., is VACATED and RESET to **September 25, 2012, at 8:30 a.m.**  The proposed scheduling order shall be submitted no later than September 18, 2012.

DATED:  August 6, 2012