IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00772-RPM-BNB

DANA BALDUKAS,

Plaintiff,

v.

36k, LLC,

Defendant.
_____

## ORDER TO SHOW CAUSE
_____

By a minute order [Doc. # 24] this matter was set for a scheduling conference to occur on September 25, 2012, at 8:30 a.m. Plaintiff's counsel appeared as ordered, but defense counsel neither appeared nor contacted the court in any way. Consequently, I entered an order directing the defendant to show cause why default pursuant to Fed. R. Civ. P. 55(a) should not enter against it for failure to appear at the scheduling conference to defend this action. Order to Show Cause [Doc. # 28]. Defendant's counsel responded on September 28, 2012, stating that his failure to appear "was the result of a clerical error" and that he had "erroneously [entered] in his calendar that the Conference was set for September 26" rather than September 25. Response [Doc. # 29]. Good cause having been shown,

IT IS ORDERED:

(1)     The Order to Show Cause [Doc. # 28] is DISCHARGED; and

(2)     A scheduling conference is set for **October 9, 2012, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated October 1, 2012.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge