IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-00772-BNB-KMT | Date: November 29, 2012 |
|---|---|---|
| Courtroom Deputy: | Cathy Coomes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| DANA BALDUKAS **Plaintiff(s)** | Tracey Teasdale |
| v. | |
| 36K, LLC **Defendant(s)** | Bryon Bellerud, II |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session:   1:40 p.m.

Appearances of counsel.

Argument presented on [36] Motion for Leave to File First Amended Answer.

**ORDERED:**  The Court takes the motion under advisement.

Court in Recess:   1:58 p.m.   Hearing concluded.   Total time in Court:  18 minutes